# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

In Re:  Clarence B Callahan          *        Case Number: 23-60636

                                     *        Chapter: 13

                                     *

Debtor(s)                            *

                                     *

                                     *

FILED LYNCHBURG, VA
U.S. BANKRUPTCY COURT

JUN 3 0 2023

By /s/           10:20 am
DEPUTY CLERK

## Motion To Dismiss Chapter 13 Bankruptcy Filing

I, Clarence B Callahan (Debtor), am requesting that the Bankruptcy Court will Dismiss my Chapter 13 Bankruptcy Filing. I am making this request due to a change in my circumstances that will not allow me to go forward with the Bankruptcy process.  I am also making this request, because I am in the process of making other arrangements to retain the property that I originally intended to retain. I am hereby submitting this Motion To Dismiss Chapter 13 Bankruptcy Filing to the Court and to the Trustee (Angela M Scoltoro), along with a Certificate of Service, so that I may pursue alternative remedies for the property that is currently in my possession. Therefore, I am requesting that the Court will Dismiss the Chapter 13 Bankruptcy Filing, and that the Automatic Stay be lifted. Thank you in advance for your immediate attention to this matter.

Thank you in advance,

*Clarence B Callahan*

Clarence B Callahan
Debtor, Pro Se

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

In Re:  Clarence B Callahan                 *       Case Number: 23-60636

                                                           *       Chapter: 13

                                                           *

Debtor(s)                                          *       FILED LYNCHBURG, VA
                                                           U.S. BANKRUPTCY COURT
                                                           *       JUN 30 2023

                                                           *       By _____ 10:25 am
                                                           DEPUTY CLERK

## CERTIFICATE OF SERVICE

I hereby certify that on the __26th__ day of __June__, 2023, a copy <u>of Motion To Dismiss Chapter 13 Bankruptcy Filing and a copy of this Certificate of Service</u> was mailed first class mail, postage prepaid to:

Angela M Scoltoro (Trustee)
123 E Main Street, Suite 310
Charlottesville, VA 22902

Shellpoint NewRez
6250 Old Dobbin Lane, Suite 100
Columbia, MD 21045

                                                      _Clarence B Callahan_
                                                            **Signature of Debtor**